IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES MCCOY | § | |
| VS. | § | CIVIL ACTION NO. 1:24cv56 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM OPINION AND ORDER REGARDING VENUE

Petitioner describes his filing as a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b). However, he does not seek relief from a judgment entered by this court. Instead, he seeks relief from a judgment entered by the United States District Court for the Northern District of Texas in Civil Action No. 3:16cv2714. In that case, petitioner attacked a conviction from Dallas County, Texas. As petitioner is seeking relief from a judgment entered by the Northern District, it is

**ORDERED** that this matter is **TRANSFERRED** to the Dallas Division of the United States District Court for the Northern District of Texas.

SIGNED this 1st day of March, 2024.

_____
Zack Hawthorn
United States Magistrate Judge